Entered: March 4th, 2025
Signed: March 4th, 2025

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| In re: | |
| **SU MYA LIN,** | **Case No. 24-19379-LSS** |
| | **Chapter 11** |
| **Debtor.** | |

### CONSENT ORDER RESOLVING
### MOTION TO CONVERT CASE TO CHAPTER 7 OR,
### IN THE ALTERNATIVE, TO DISMISS CASE

Upon consideration of the United States Trustee's Motion to Convert Case to Chapter 7,

Dismiss Case, or, in the Alternative, Dismiss Case, the Debtor's Opposition thereto, and the

parties consent to the terms of this Order; IT IS for the United States Bankruptcy Court for the

District of Maryland hereby

ORDERED that the Debtor shall, pursuant to 28 U.S.C. § 1930, remit all past due

quarterly fees to the United States Trustee within fourteen (14) days of the entry of this Order;

and it is further

ORDERED that the Debtor shall pay timely all quarterly fees until the case is converted

or dismissed, whichever occurs first; and it is further

ORDERED that the Debtor shall file the monthly operation report on the proper form for January within five (5) days of the date of this Order;

ORDERED that the Debtor shall file timely all future monthly operating reports on the proper form until the case is converted or dismissed, whichever occurs first; and it is further

ORDERED that if the Debtor fails to comply with the terms of this order in any respect, the United States Trustee may file a Notice of Default and Dismissal of Case advising the Court of such non-compliance and that the case should be dismissed without further hearing; and it is further

ORDERED, that prior to filing the Notice of Default after the first default of any term in this Consent Order, the United States Trustee shall provide notice to the Debtor and counsel for the Debtor five (5) days prior to filing the Notice of Default with the Court.  There is no requirement for the United States Trustee to provide notice to the Debtor or counsel for the Debtor after the first default.

**SEEN AND CONSENTED TO:**

/s/ Lynn A. Kohen
Lynn A. Kohen, Bar No. 10025
Trial Attorney
Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
(301) 344-6216
*Lynn.A.Kohen@usdoj.gov*
*Counsel for Matthew W. Cheney*
*United States Trustee for Region 4*

/s/ Joseph M. Selba
Joseph M. Selba, Bar No.: 29181
Tydings & Rosenberg, LL
1 East Pratt Street, Suite 901
Baltimore, MD 21202
(410) 752-9753
jselba@tydingslaw.com
*Counsel for the Debtor*

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

*/s/ Lynn A. Kohen* _____
Lynn A. Kohen

Copies to:

Nikita Rajendra Joshi (Counsel for Truist Bank), Nikita.Joshi@bww-law.com
Lynn A. Kohen (Counsel for United States Trustee), lynn.a.kohen@usdoj.gov
Christine Maggard (Counsel for Andrews Federal Credit Union), christine.maggard@brockandscott.com
Stephen A. Metz (Counsel for Soe Soe Win), smetz@offitkurman.com
 Rebekah F. Paradis (Counsel for Fulton Bank), rparadis@shulmanrogers.com
John Shin (Counsel for Aungs, Saijo, Seo, Htway, and Brown), john@shinlegal.com

NewRez LLC d/b/a Shellpoint Mortgage Servicing
c/o Todd S. Garan
ALDRIDGE PITE, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108

**END OF ORDER**